IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEON WILLIAMS, | ) | 1:09-cv-01149-SMS (PC) |
| Plaintiff, | ) ) | ORDER DIRECTING CLERK TO SEND NON-PRISONER IFP APPLICATION TO PLAINTIFF |
| vs. | ) ) | |
| LYDIA HENSE, et al., | ) ) | ORDER REQUIRING PLAINTIFF TO FILE COMPLETED IFP APPLICATION OR PAY $350.00 FILING FEE IN FULL WITHIN THIRTY DAYS |
| Defendants. | ) ) ) | |

   Plaintiff has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application by a prisoner to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, because Plaintiff is no longer in custody, he must complete and file a non-prisoner application to proceed in forma pauperis.[1] Plaintiff will be provided the opportunity to submit the new application to proceed in forma pauperis or to pay the $350.00 filing fee in full.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Clerk shall send to plaintiff an application to proceed in forma pauperis for a non-prisoner;

---

[1] Plaintiff's in forma pauperis application by a prisoner was incomplete, but given that plaintiff is no longer in custody, those deficiencies are not relevant.

1

2. Within **thirty (30) days** of the date of service of this order, plaintiff shall either file the completed application to proceed in forma pauperis or pay the $350.00 filing fee for this action; and

3. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **July 9, 2009**                         **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE